FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 19, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JORDAN EVERETT STEVENS,<br><br>　　　　　　　Defendant. | No. 1:23-CR-02046-SAB<br><br>**ORDER RE: MOTIONS TO SEVER, FOR DISCOVERY, FOR GRAND JURY TRANSCRIPTS** |

　　　On December 18, 2024, the Court held a pretrial conference in this matter. Defendant was present, in custody, and represented by Troy Lee. The United States was represented by Todd Swensen and Bree Black Horse.

　　　At the hearing, the Court considered Defendant's Motion for Discovery, ECF No. 38; Motion for Severance of Counts, ECF No. 39; Motion to Disclose Witnesses and Compel Disclosure, ECF No. 40; Motion to Compel Grand Jury Transcripts, ECF No. 41; and Motion to Disclose Evidence, ECF No. 42.

　　　This Order memorializes the Court's oral rulings.

//

//

//

**ORDER RE: MOTIONS TO SEVER, FOR DISCOVERY, FOR GRAND JURY TRANSCRIPTS** ~1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Discovery, ECF No. 38; Motion to Disclose Witnesses and Compel Disclosure, ECF No. 40; Motion to Compel Grand Jury Transcripts, ECF No. 41; and Motion to Disclose Evidence, ECF No. 42, are **GRANTED**.

   a. The United States shall disclose to Defendant the requested discovery, transcripts, evidence, and witness lists on or before **January 31, 2025**.

2. Defendant's Motion for Severance of Counts, ECF No. 39, is **DENIED, subject to renewal**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 19th day of December 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER RE: MOTIONS TO SEVER, FOR DISCOVERY, FOR GRAND JURY TRANSCRIPTS ~2**